UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Civil Action No. 1:24-cv-11909-PGL**
**(Formerly Active; Dismissed April 16, 2025)**

**MARK C. BASHAW, et al., Plaintiffs**
v.
**SEAN REARDON, Defendant**

---

## NOTICE OF RELATED CASE AND REQUEST FOR ADMINISTRATIVE LINKAGE TO ACTIVE DOCKET UNDER LOCAL RULE 40.1(G)

NOW COMES Brandon Michael Hayes, a pro se litigant and the defendant and counterclaimant in **Hayes v. Eastern Bank**, Civil Action No. **1:25-cv-12208-WGY**, currently pending before Judge Young in the District of Massachusetts (removed from Boston Municipal Court on August 5, 2025), and respectfully submits this Notice of Related Case pursuant to **Local Rule 40.1(G)(1)** and **Fed. R. Civ. P. 5(d)(1)(B), 60(b)(4), and 24(b)**, and states as follows:

---

## PURPOSE OF FILING

1. This Notice is filed for **ministerial and administrative purposes only**. The undersigned seeks no relief from judgment, no reinstatement of this dismissed action, and no reconsideration of any issue previously adjudicated.

2. The undersigned respectfully requests the **Clerk of Court and/or the Chief Judge** take administrative notice of the related, now-active federal removal case in Hayes v. Eastern Bank (1:25-cv-12208-WGY), which involves:

    - Overlapping federal questions under **42 U.S.C. § 1983**

    - Related jurisdictional and administrative records (SBA loan programs, FOIA disputes)

    - Identical pro se litigants previously recognized in this action (Hayes, Bashaw)

3. This filing is intended to **trigger proper CM/ECF configuration** and **docket linkage** under **Local Rule 40.1(G)**, allowing for:

    - Efficient judicial coordination across overlapping matters

- Visibility for shared agency records affecting multiple litigants
- Avoidance of redundant filings or docket fragmentation

## **GROUNDS AND AUTHORITY**

- **Local Rule 40.1(G)(1)** authorizes the notice of related cases involving "one or more of the same parties and one or more of the same issues of fact or law."

- **Fed. R. Civ. P. 60(b)(4)** provides the basis for ministerial correction of void or incomplete judgments where procedural due process (such as access) has been impaired.

- **Fed. R. Civ. P. 5(d)(1)(B)** authorizes filing papers for court notice without necessarily seeking active adjudication.

## **REQUESTED ACTION**

Accordingly, the undersigned respectfully requests:

1. That this **Notice of Related Case** be docketed in 1:24-cv-11909-PGL for informational purposes;

2. That the **Clerk's Office forward this filing** to the Chief Judge or Case Assignment Desk, if appropriate, for consideration under Local Rule 40.1(G) and/or Rule 5(d)(1)(B);

3. That **no further action** be taken by this Court unless it chooses to refer the matter sua sponte to the Judge assigned in 1:25-cv-12208-WGY.

Respectfully submitted,
/s/ Brandon Michael Hayes
Pro Se Litigant
159 Indian Hill Street
West Newbury, MA 01985
brandon@hayeshaus.com
(617) 438-2049
Dated: August 26, 2025